# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KEVIN BROWN                                              PLAINTIFF
ADC #133891

v.                              No. 3:15-cv-15-DPM

JOEY MARTIN, Administrator,
Poinsett County Jail                                    DEFENDANT


## ORDER

Unopposed recommendation, № 7, adopted. FED. R. CIV. P. 72(b) (1983

Addition to Advisory Committee Notes). This dismissal counts as a

"strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from

this Order and accompanying Judgment will not be taken in good faith. 28

U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_10 April 2015_