IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KEVIN BROWN
ADC #133891                                                        PLAINTIFF

v.                              No. 3:15-cv-15-DPM

JOEY MARTIN, Administrator,
Poinsett County Jail                                               DEFENDANT

## JUDGMENT

Brown's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

10 April 2015